186 So.2d 158

**Louis J. LAUGA et al.**

v.

**Camille PESTALOZZA et al.**

No. 48173.

May 19, 1966.

In re: Camille Pestalozza et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 184 So.2d 614.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

186 So.2d 158

**Joseph A. LA NASA, Jr.**

v.

**SEWERAGE & WATER BOARD OF NEW ORLEANS.**

No. 48179.

May 19, 1966.

In re: the Sewerage and Water Board of New Orleans applying for certiorari

or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 184 So. 2d 622.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.